UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAT BOY'S PIZZA FRANCHISE, LLC, et al.,

Plaintiffs,

Case No. 2:26-cv-12814

v.

Honorable Susan K. DeClercq
United States District Judge

FBP COVINGTON, LLC, et al.,

Defendants.

______________________________________/

**ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION (ECF No. 2), GRANTING MOTION FOR CONTEMPT SANCTIONS (ECF No. 10), AND DENYING MOTION TO VACATE (ECF No. 14)**

Today, the undersigned heard argument and took evidence related to Plaintiffs' Motion for Preliminary Injunction (ECF No. 2); Plaintiffs' Motion for Civil Contempt Sanctions (ECF No. 10); and Defendants' Motion to Vacate the existing temporary restraining order ("TRO") (ECF No. 14).

This Court ruled on its motions at the conclusion of the hearing, provided a brief summary of its reasons, and explained that a thorough reasoned opinion will follow. Therefore, the Court orders as follows:

It is **ORDERED** that Plaintiffs' Motion for Preliminary Injunction, ECF No. 2, is **GRANTED**.

It is further **ORDERED** that Plaintiffs' Motion for Civil Contempt Sanctions, ECF No. 10, is **GRANTED**.

It is further **ORDERED** that Defendants' Motion to Vacate, ECF No. 14, is **DENIED**.

It is further **ORDERED** that the TRO, ECF No. 8, is **EXTENDED** until the Court issues its forthcoming written opinion on the above motions.

It is further **ORDERED** that Defendants are required to **RESCIND** both the Sale Agreement with Tommy's Pizza Covington 26, LLC ("Tommy's Pizza"), and the Lease Assignments to Tommy's Pizza.

This Court will issue a written opinion on the above motions at a later date.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: September 1, 2026